UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HECTOR BURGOS-HUERTAS,

    Plaintiff,

v.                                                              CASE NO. 8:21-cv-1320-SDM-CPT

KILOLO KIJAKAZI,

    Defendant.
_____/

## ORDER

    In this social security action, the commissioner moves (Doc. 19) unopposed to remand the action under 42 U.S.C. § 405(g) "because the agency anticipates revising its internal procedures," which will allow the plaintiff to present new evidence and receive a new decision. (Doc. 19 at 2)  A November 5, 2021 report (Doc. 21) recommends granting the motion and entering final judgment for the plaintiff. (Doc. 21 at 2)  No party timely objects to the report and recommendation.

    The report and recommendation (Doc. 21) are **ADOPTED** and the motion (Doc. 19) is **GRANTED**.  The action is **REMANDED** to the Commissioner of Social Security.  The clerk must enter judgment for the plaintiff and close the case.

    ORDERED in Tampa, Florida, on December 14, 2021.

                                                              STEVEN D. MERRYDAY
                                                              UNITED STATES DISTRICT JUDGE